LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
TRAVIS C. STUDDARD
Nevada Bar No. 16454
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada  89135
Telephone:   (702) 792-7000
Fax:            (702) 796-7181
landerson@kcnvlaw.com
kkalkowski@kcnvlaw.com
tstuddard@kcnvlaw.com
***Attorneys for Defendants Justine Gatus,
Richard Leung, William Van Cleef, and Jason Ahlin***

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTIAN STEPHON MILES,<br><br>                    Plaintiff,<br><br>vs.<br><br>JUSTINE GATUS, *et al.*,<br><br>                    Defendants. | Case No.:   2:26-cv-00150-ART-EJY<br><br>**UNOPPOSED MOTION TO EXTEND TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br>*First Request* |

Defendants Justine Gatus, Richard Leung, William Van Cleef, and Jason Ahlin move to extend the deadline for Defendants to respond to Plaintiff's Complaint by thirty days.  The current deadline for Defendants to respond to the Complaint is May 12, 2026.  The extended deadline will be June 11, 2026.

The undersigned counsel previously contacted Plaintiff Christian Miles by e-mail regarding this extension request, and Mr. Miles responded in agreement to the extension by stating, "I am agreeable to a first 30-day extension of the deadline for the Defendants represented by your office to answer or otherwise respond to the Complaint, from May 12, 2026 to June 11,

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.356

Page 1 of 3

2026." **Ex. A**, Email.  However, when the undersigned counsel circulated a draft stipulation for Mr. Miles's approval and permission to use his e-signature, Mr. Miles has not responded as of today.   Because today is the deadline for Defendants to respond to the Complaint, the undersigned is now filing this unopposed Motion.

This is the first request for an extension of time regarding this deadline.  The minimal extension arises in accord with District of Nevada Local Rule IA 6-1.  Good cause supports an extension because Defendants require additional time to review all allegations in the Complaint, which spans 75 pages and over 600 enumerated paragraphs, as well as review relevant records of the referenced conduct in order to make an informed response to the Complaint.  This extension is sought in good faith and not for purposes of delay, and no other deadlines or rights are affected.

Dated this 12th day of May, 2026.

/s/ Lyssa S. Anderson
LYSSA S. ANDERSON
Nevada Bar No. 5781
KRISTOPHER J. KALKOWSKI
Nevada Bar No. 14892
1980 Festival Plaza Drive, #650
Las Vegas, Nevada 89135
*Attorneys for Defendants Justine Gatus, Richard Leung, William Van Cleef, and Jason Ahlin*

IT IS SO ORDERED.

U.S. MAGISTRATE JUDGE

Date:  May 12, 2026

KAEMPFER CROWELL
1980 Festival Plaza Drive
Suite 650
Las Vegas, Nevada  89135

6943.356

Page 2 of 3